JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURELL DAWIN LEWIS,<br><br>　　　　Petitioner,<br><br>　v.<br><br>CHAD T. WOLF, et al.,<br><br>　　　　Respondent. | No. EDCV 21-00153-JGB (AGR)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file de novo, including the magistrate judge's Report and Recommendation ("Report"). No objections to the Report have been filed. The Court accepts the findings and recommendation of the Report.

　　　IT IS ORDERED as follows:

　　　(1) Respondents' motion to dismiss the *Fraihat* claims[1] in the Petition for Writ of Habeas Corpus is GRANTED;

　　　(2) Petitioner's non-*Fraihat* claims are STAYED pending resolution of the *Roman* class action, *Roman v. Wolf*, C.D. Cal., CV-20-768 TJH (PVCx);

　　　(3) Petitioner's motion to amend the Petition is DENIED as moot in light of this disposition; and

---

[1] *Fraihat v. U.S. Immigr. & Customs Enf't*, 445 F. Supp. 3d 709 (C.D. Cal. 2020), *rev'd*, 16 F.4th 613 (9th Cir. 2021).

  (4) The parties are directed to file a motion to lift the stay after resolution of the *Roman* class action if Petitioner wishes to pursue this action.

  This Clerk is directed to administratively close this matter.

DATED:   May 13, 2022

            HONORABLE JESUS G. BERNAL
            United States District Judge